B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Danbury Sports, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**48-1251286** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**39 Fields Lane**<br>**North Salem, NY**                                ZIP Code **10560** | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **17-27 Starr Road**<br>**Danbury, CT 06810** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Danbury Sports, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Danbury Sports, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  **/s/ Andrew G. Balbus**<br>Signature of Attorney for Debtor(s)<br><br>**Andrew G. Balbus 1761220**<br>Printed Name of Attorney for Debtor(s)<br><br>**Balbus Law Firm**<br>Firm Name<br><br>**108 Mill Plain Road**<br>**Suite 200**<br>**Danbury, CT 06811**<br><br>Address<br><br>**Email: abalbus@balbuslaw.com**<br>**203.286.4121  Fax: 203.286.4126**<br>Telephone Number<br><br>**January 22, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ John A. Kessler**<br>Signature of Authorized Individual<br><br>**John A. Kessler**<br>Printed Name of Authorized Individual<br><br>**Managing Member**<br>Title of Authorized Individual<br><br>**January 22, 2015**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

In re **Danbury Sports, LLC**                                                                 , Case No. _____

                                         Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **John Alexander Kessler** <br> **SDNY** | 14-22536 <br> 20% owner & manager of Debtor | 04/18/14 <br> Robert D. Drain |
| **Swoosh LP** <br> **SDNY** | 14-22303 <br> 80% owner of Debtor | 03/10/14 <br> Robert D. Drain |

BALBUS LAW FIRM
Proposed Attorney for the Debtor
108 Mill Plain Road
Danbury, CT 06812
(203) 286-4121

Andrew G. Balbus, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                  Chapter 11
                                                                                             Case No. 15 - _____(RDD)
DANBURY SPORTS, LLC

                                       Debtor.
------------------------------------------------------------X

### AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF CONNECTICUT                )
                                                            ) ss.:
COUNTY OF FAIRFIELD                      )

John A. Kessler, being duly sworn, deposes and says:

1. I am the Managing Member of Danbury Sports, LLC, a Kansas limited liability company, with a principal place of business having an address at 39 Fields Lane, North Salem, NY 10560 ("Debtor"). I submit this Affidavit pursuant to Local Bankruptcy Rule 1007-2.

**Local Rule 1007-2(a)(l)**

2. Debtor operates a tennis and fitness facility in Danbury, Connecticut. Following a multi-year dispute regarding the terms of the mortgage on the real property containing the Debtor's operations resulting in foreclosure, this Chapter 11 filing was brought to forestall eviction and allow Debtor time to reorganize.

**Local Rule 1007-2(a)(2)**

3.  This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

**Local Rule 1007-2(a)(3)**

4.  No committee was organized prior to the filing of this case.

**Local Rule 1007-2(a)(4)**

5.  A schedule of the Debtor's 20 largest unsecured creditors is annexed hereto as Exhibit "A".

**Local Rule 1007-2(a)(5)**

6.  A schedule of the Debtor's secured creditors is annexed hereto as Exhibit "B".

**Local Rule 1007-2(a)(6)**

7.  A summary of the Debtor's assets and liabilities is annexed hereto as Exhibit "C".

**Local Rule 1007-2(a)(7)**

8.  The Debtor does not have any publicly held shares of stock, debentures or other securities.

**Local Rule 1007-2(a)(8)**

9.  Real property within which the Debtor conducts operations and in which the Debtor had an equity interest in prior to foreclosure is located at 17-27 Starr Road, Danbury, Connecticut and is in the possession of ARS Investors, 2301 S. Capital of Texas Highway, Suite J-101, Austin, TX 78746.

**Local Rule 1007-2(a)(9)**

10. The Debtor's principal place of business, which is leased from an unrelated third party, is located at 39 Fields Lane, North Salem, NY 10560. The Debtor conducts its operations at 17-27 Starr Road, Danbury, CT 06810. This location will be moved in connection with this Chapter 11 reorganization.

**Local Rule 1007-2(a)(10)**

10.    The Debtor's operating assets are located at 17-27 Starr Road, Danbury, CT 06810 and its books and records are located at 39 Fields Lane, North Salem, NY 10560.

**Local Rule 1007-2(a)(11)**

11.    As of the filing date the following actions were pending where seizure of property is imminent:

ARS INVESTORS II 2012-HVB, LLC v. DANBURY SPORTS, LLC et al

Index No. DBD-CV12-6010338-S

Superior Court

Judicial District of Danbury

Execution of Ejectment Pending on January 23, 2015 at 9:00 AM

**Local Rule 1007-2(a)(12)**

12.    The Debtor's senior management is comprised of John A. Kessler, who has managed the operations of the Debtor for over 15 years.

**Local Rule 1007-2(b)(1)**

13.    The estimated payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30) day period following the filing of the Chapter 11 petition is approximately $40,000 per two-week pay period or approximately $80,000 over the four-week pay period.

**Local Rule 1007-2(b)(2)**

14.    The estimated amount to be paid for services to its officers for the thirty (30) day period following the filing of the Chapter 11 petition is $10,000.

**Local Rule 1007-2(b)(3)**

15.    The Debtor expects to have cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition of approximately $100,000, with no net cash gain or

loss, and with no obligations and receivables expected to accrue but remaining unpaid, other than professional fees incurred in connection with the Chapter 11 case.

**Conclusion**

16. In addition to the foregoing, a copy of the corporate resolutions authorizing the filing of the Chapter 11 petition is annexed hereto as Exhibit "D".

17. The Debtor believes it is in the best interests of all of its creditors, employees and members that it be afforded an opportunity to reorganize its obligations in Chapter 11.

18. The needs and interests of the Debtor, its creditors, employees and members will best be served by the Debtor's possession of its assets and management of its affairs as a Debtor-in-Possession under Chapter 11 until confirmation of a Plan.

19. Due to the imminent nature of the ejectment proceeding, this Affidavit is regrettably deficient and will be supplemented and completed as soon as possible.

20. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Danbury, Connecticut

January 22, 2015

/s/ John A. Kessler
John A. Kessler
Managing Member

STATE OF CONNECTICUT
COUNTY OF FAIRFIELD

In Danbury, CT, on the 22nd day of January 2015, before me personally appeared John A. Kessler, to me known and known by me, who acknowledged the forgoing instrument and stated that the execution thereof for the purposes contained therein was of his free act and deed.

Andrew G. Balbus
Commissioner of Superior Court

# EXHIBIT "A"
## TWENTY LARGEST UNSECURED CREDITORS

| NAME | AMOUNT OWED |
|---|---|
| ARS Investors<br>2301 S Capital of Texas Highway<br>Suite J-101<br>Austin, TX  78746 | $3,000,000 |
| Internal Revenue Service<br>915 Lafayette Blvd<br>Room 120<br>Bridgeport, CT  06604 | $ 136,818.57 |
| State of Connecticut<br>Department of Revenue<br>25 Sigourney Street<br>Hartford, CT  06106-5032 | $ 25,683.26 |
| CL&P<br>PO Box 650032<br>Dallas, TX 75265-0032 | $ 12,000 |
| Leigh Overland<br>235 Main Street<br>Suite 104<br>Danbury, CT  06810 | $11,008.84 |
| Vaz Cleaning Service<br>18 Holley Street<br>Danbury, CT  06810 | $8,082.60 |
| All-American Maintenance Co.<br>1771 Post Road East<br>Suite 189<br>Westport, CT  06880 | $4,462.42 |

[Other Creditors To Come]

# EXHIBIT "B"
## FIVE LARGEST SECURED CREDITORS

**NAME**                                                              **AMOUNT OWED**

[To Come]

# EXHIBIT "C"
# SUMMARY OF ASSETS AND LIABILITIES

[To Come]

15-22105-rdd    Doc 1    Filed 01/22/15    Entered 01/22/15 23:23:12    Main Document
Pg 11 of 15

**EXHIBIT "D"**
**RESOLUTIONS**

See Resolutions Annexed hereto.

## RESOLUTIONS OF DANBURY SPORTS. LLC

I, JOHN A. KESSLER, Managing Member of DANBURY SPORTS, LLC, a limited liability company organized under the laws of the State of Kansas, hereby certify that:

1. DANBURY SPORTS, LLC is managed by JOHN A. KESSLER;

2. JOHN A. KESSLER is the owner of 20% of membership interests of DANBURY SPORTS, LLC;

3. As such, JOHN A. KESSLER is not prohibited from or limited by the articles of organization from binding DANBURY SPORTS, LLC; and

4. JOHN A. KESSLER does hereby authorize and adopt the following resolutions on behalf of DANBURY SPORTS, LLC.

RESOLVED, that DANBURY SPORTS, LLC (i) file a voluntary petition for bankruptcy pursuant to Chapter 11 or Chapter 7 of Title 11, United States Code (the "Bankruptcy Code"), and (ii) perform any and all acts as are reasonable, advisable, proper or necessary to effect the foregoing;

FURTHER RESOLVED, that JOHN A. KESSLER shall be, and hereby is, authorized and empowered to execute, deliver and cause to be filed, on behalf of DANBURY SPORTS, LLC, (i) the voluntary petition, and (ii) any and all other documents necessary or appropriate in connection therewith in such form or forms as JOHN A. KESSLER may approve;

FURTHER RESOLVED, that Balbus Law Firm, 108 Mill Plain Road, Suite 200, Danbury, CT 06811 shall be, and hereby is, authorized and empowered to represent DANBURY SPORTS, LLC as Debtor and Debtor-in-Possession in connection with any case commenced by it or against it under the Bankruptcy Code;

FURTHER RESOLVED, that JOHN A. KESSLER shall be, and hereby is, authorized and empowered to retain, on behalf of DANBURY SPORTS, LLC, Balbus Law Firm and such other attorneys, financial advisors and accountants as he shall deem appropriate in his judgment;

FURTHER RESOLVED, that JOHN A. KESSLER shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as he shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

FURTHER RESOLVED, that all acts and transactions that have been taken, caused to have been taken, or made prior to the effective date of these Resolutions in

connection with the matters set forth in these Resolutions, are hereby ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned has affixed his signature this 22nd day of January 2015.

_____
JOHN A. KESSLER
Managing Member
Danbury Sports, LLC

# United States Bankruptcy Court
## Southern District of New York

In re  **Danbury Sports, LLC**  ,  
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John A. Kessler**<br>**26 Young Road**<br>**Katonah, NY 10536** | **LLC** | **20%** | **Member interest** |
| **Swoosh, LP**<br>**39 Fields Lane**<br>**North Salem, NY 10560** | **LLC** | **80%** | **Member interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 22, 2015**  

Signature   **/s/ John A. Kessler**  
**John A. Kessler**  
**Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders