UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                    Chapter 11

DANBURY SPORTS, LLC                      Case No. 15-22105 (RDD)

        Debtor.
------------------------------------------------------------x

## "LAR-DAN" DECLARATION OF JOHN A. KESSLER IN CONNECTION WITH THE RETENTION OF HERRICK, FEINSTEIN LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR

I, JOHN A. KESSLER, make this declaration, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am the managing member of Danbury Sports, LLC (the "Debtor").

2. I submit this Declaration in connection with the Debtor's application (the "Application") to retain Herrick, Feinstein LLP ("Herrick") as bankruptcy counsel in connection with the Debtor's chapter 11 case.

3. As disclosed in the Application, on or about March 16, 2015, I (in my individual capacity) delivered to Herrick $15,000, as a partial retainer for fees to be incurred by Herrick in the Debtor's chapter 11 case.

4. I will not file a claim in the Debtor's chapter 11 case on account of the foregoing payments to Herrick and will not otherwise assert subrogation or contribution claims against the Debtor or its estate.

5. I further acknowledge that, with respect to the Debtor's chapter 11 case, Herrick owes a duty of undivided loyalty to the Debtor only.

Dated: March 26, 2015

                                                     _____
                                                     JOHN A. KESSLER